CHARLOTTE A. HOPPER v. CARL M. STARK.— Motion denied, with ten dollars

costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.